SEALED BY ORDER OF THE COURT

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 06 2001
at 12 o'clock and 18 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASON YOSHIMURA, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR01 00477 HG <br><br> INDICTMENT <br><br> [21 U.S.C. § 841(a)(1) and <br> 18 U.S.C. § 2] |

INDICTMENT

The Grand Jury charges that:

On or about July 26, 1999, within the District of Hawaii and elsewhere, JASON YOSHIMURA, defendant herein, as an aider and abettor, did knowingly and intentionally possess with intent to distribute and distribute in excess of 50 grams, to wit, approximately 223.0 grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: _Dec. 6, 2001_, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
FOREPERSON, GRAND JURY

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Jason Yoshimura
Indictment
Cr. No. _____

2