PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  JASON YOSHIMURA          Case Number:  CR 01-00477HG-01

Name of Sentencing Judicial Officer:    The Honorable Helen Gillmor
Chief U.S. District Judge

Date of Original Sentence:  8/5/2002

Original Offense:    Count 1:  AIDING AND ABETTING THE POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF IN EXCESS OF 50 GRAMS OF METHAMPHETAMINE, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, a Class A felony

Original Sentence:    Committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 78 months, and upon release from imprisonment, shall be on supervised release for a term of 5 years, with the following special conditions:  1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; and 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.  It was also ordered that the defendant shall pay a fine of $5,000.00 which shall be due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross

Prob 12B
(7/93)

2

income.  Interest, if applicable, is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  8/7/2007

## PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

*General Condition:*    *That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

## CAUSE

The offender is not in violation of his conditions of supervised release; however, based on the offender's history of substance abuse, we are recommending that his conditions be modified as reflected above.  It is noted that the offender was sentenced prior to *United States v. Stephens*, 9th Circuit 2005.  Due to the ruling in *Stephens*, the probation officer is limited to three random tests outside of treatment.  Given the established relationship between the offender's history of substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case.  Drug testing is the most reliable method for monitoring the offender's drug use.  The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight (8) tests per month.  This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict test dates.  To the offender's credit, he is motivated to remain drug-free and is willing to have the general condition modified to reflect the increase in drug testing.

Therefore, we respectfully recommend that the Court modify the offender's conditions of supervision and modify the general conditions as reflected above.  Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.

Prob 12B
(7/93)

The offender waives his right to a hearing and to assistance of counsel.  The offender agrees to the modification of the conditions of supervised release.  The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 8/14/2007

THE COURT ORDERS:

[✓]    The Modification of Conditions as Noted Above
[  ]    Other

HELEN GILLMOR
Chief U.S. District Judge

8·28·07
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓ ]    To modify the conditions of supervision as follows:

**General Condition**:            *That the defendant shall refrain from any unlawful use of a controlled substance.  Shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____
LISA K.T. JICHA
U.S. Probation Officer

Signed: _____
JASON YOSHIMURA
Supervised Releasee

_____
8-10-07
Date